IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARRETT L. SHEETS                                                                            PLAINTIFF

V.                           NO. 5:17CV00243 JLH/PSH

SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Garrett L. Sheets' Complaint is DISMISSED with prejudice.

DATED this 6th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE