IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARRETT L. SHEETS                                                              PLAINTIFF

V.                          NO. 5:17CV00243 JLH/PSH

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 6th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE